United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                        /

ALL RELATED CASES
                                        /

No. C 09-03892 WHA

**ORDER RE REQUEST TO SHOW VIDEOTAPE**

      The Court is in receipt of plaintiff's request to show a videotape at the hearing on December 17, 2009. The Court does not have the facilities to play the videotape in the courtroom during the hearing. Plaintiff may bring a spare copy of the videotape for the judge to review after the hearing but this copy will not be returned to plaintiff.

      **IT IS SO ORDERED.**

Dated: December 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE